IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03000-WJM-CBS

MITCHELL D. REIFSCHNEIDER, and his parents
STANLEY R. REIFSCHNEIDER, and
RENEE S. REIFSCHNEIDER, individually and as legal guardians and
natural parents of MITCHELL D. REIFSCHNEIDER,

      Plaintiffs,

v.

I-FLOW CORPORATION,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Unopposed Motion for Entry of Protective Order (*doc # 28*), filed April 19, 2011, is GRANTED. The Stipulated Qualified Protective Order Regarding the Confidentiality of Documents and Materials (*doc # 28-1*) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.Colo.LCivR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    April 21, 2011